# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

FEB 5 2016

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Joe Robert Martinez | ) | H16-191 M |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 28, 2016__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2114(a) | Robbery of money of the United States |
| Title 18, United States Code, Section 924(c)(1)(A)(ii) | Brandishing a firearm during and in relation to a crime of violence |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Kelineth C. Pachecko, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 5, 2016

_____
Judge's signature

City and state: Houston, Texas

Stephen Smith, U.S. Magistrate Judge
*Printed name and title*

1. Your Affiant, Kelineth Pacheco, is employed as a federal law enforcement officer with the United States Postal Inspection Service. Your Affiant has been employed as a federal law enforcement officer since March 2006 and is assigned to the Mail Theft and Violent Crimes team in the Houston Division of the United States Postal Inspection Service. Your affiant is responsible for conducting investigations into violent offenses against the United States Postal Service (hereinafter referred to as "USPS") and its employees, including armed robbery. Your Affiant graduated from the Postal Inspection Service Training Academy in Potomac, Maryland, where part of her training included techniques used in the investigation of violent crimes, including the use of confidential sources of information. Since being employed as a Postal Inspector, Affiant has conducted investigations and assisted other Postal Inspectors and law enforcement agents in investigating individuals that have committed armed robbery against the United States Postal Service and its employees, including the use of confidential sources of information, execution of search warrants, interviewing of suspects, and other tactics.

2. The information contained within this Affidavit is based upon information your Affiant has gained from her investigation, her personal observations, her training and experience, and/or information provided to your Affiant by other Postal Inspectors and law enforcement officers and/or agents.

3. On or about January 28, 2016, an individual, hereinafter referred to as "Suspect", entered the United States Post Office located at 3816 N. Shepherd, Houston, TX 77018 (hereinafter referred to as "the Post Office"). At the time Suspect entered the Post Office, USPS employee Karen Smith (hereinafter referred to as "Smith") was on-duty working as a Clerk behind the Post Office counter. According to Smith, Suspect conversed with Smith regarding how he could track a package. Smith stated she informed Suspect he needed to have his tracking number. According to Smith, Suspect stated he "had the tracking number in the car" and would retrieve it from the vehicle. Video surveillance obtained from the Post Office and reviewed by Affiant shows Suspect returned to the Post Office a few minutes later. Video shows that as Suspect approaches the counter he removes a firearm from his pocket, "racks" the slide, and points the firearm at Smith.

Smith stated Suspect ordered her to "give me the money, open the cash drawer, take it out." Video shows Smith followed Suspect's instructions by removing the till and placing it on the counter. Video shows Suspect went through the till and removed the cash bills. Later accounting revealed Suspect stole approximately $1,770.00. Smith stated Suspect ordered her to sit on her knees behind the counter as Suspect fled the Post Office in an unknown direction. Still images obtained from the surveillance video provide clear images of the unmasked Suspect, a Hispanic male.

4. Smith described the firearm exhibited by Suspect as a semi-automatic pistol, black and chrome in color. Smith stated that as a result of Suspect's actions she felt threatened and in fear for her life.

5. On or about January 29, 2016, a story aired on the local news regarding the armed robbery of the Post Office. Information in the news story included a phone number to call U.S. Postal Inspectors should anyone have information regarding the identity of Suspect.

6. On or about January 30, 2016, a Confidential Source of Information (hereinafter referred to as "SOI") contacted U.S. Postal Inspectors to provide information regarding the identity of Suspect.

7. On or about January 31, 2016, Affiant and U.S. Postal Inspector Brian Budt interviewed SOI in person. Affiant found SOI to be a reliable and credible person. In the interview, SOI identified Suspect as "Robert Martinez" and stated knowledge of Suspect is through personal acquaintance with Suspect. SOI provided a still image from Robert Martinez's Facebook account. Affiant compared the still image of Robert Martinez obtained from his Facebook account to the still images obtained from the Post Office surveillance video and concluded Robert Martinez and Suspect are the same person.

8. SOI provided an address for Suspect as 911 Woodcrest Drive. Affiant obtained a map of 911 Woodcrest Drive, Houston, TX 77018 from Google Maps and showed it to SOI. SOI confirmed it to be the residence of Suspect.

9. Using law enforcement resources and databases, U.S. Postal Inspectors identified "Robert Martinez"/Suspect as **Joe Robert Martinez**.

10. On or about February 4, 2016, Affiant received information **Martinez** was staying at the Motel 6 located at 14833 Katy Freeway in Houston, TX 77094. Surveillance was conducted and **Martinez** was observed driving through the motel parking lot in a silver, Saturn Astra bearing license plate #CYY1260. **Martinez** was arrested, Mirandized, and subsequently interviewed. During the interview, **Martinez** admitted to robbing the Post Office.

11. Based on the foregoing, there is probable cause to believe that **Joe Robert Martinez** robbed the U.S. Post Office, located at 3816 N. Sheperd, Houston, Texas 77018, brandishing a firearm and thereby placing in jeopardy the life of another person, in violation of 18 U.S.C. §§ 2114(a) and 924(c)(1)(A)(ii).

Kelineth C. Pacheco
Postal Inspector

Signed and sworn before me on the 5th day of February, 2016, and I find probable cause.

United States Magistrate Judge